# Exhibit A

Court Reporter Invoices Re: Depositions

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

*102110*

*024388-00009*

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 129855 | 03/07/2006 | 01-13815 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/02/2005 | MULLCH | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. City of Chicago |

| TERMS |
|---|
| Due upon receipt |

Dan Henderson
Shefsky & Froelich, Ltd.
111 East Wacker Drive
2800
Chicago, IL 60601

```
DEPOSITION OF:
    Daniel Dugan
          ASCII Disk                                  20.00
          Condensed & Word Index                      25.00
          Courier                                      10.00

                              TOTAL DUE  >>>>          55.00

Date Ordered:  3/6/06
Delivered on 3/7/06
```

TAX ID NO.: 36-3811129                              (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Dan Henderson
Shefsky & Froelich, Ltd.
111 East Wacker Drive
2800
Chicago, IL 60601

```
                         Invoice No.:  129855
                         Date       :  03/07/2006
                         TOTAL DUE  :     55.00

                                          K.R.W.

                         Job No.   :  01-13815
                         Case No.  :  04 C 2155
                         Gates vs. City of Chicago
```

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts to have its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500  CHICAGO, ILLINOIS  60602-2491
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

# Invoice

| FIRM | | |
|------|------|------|
| SHEFESKY & FROELICH, LTD.<br>111 E WACKER DR STE 2800<br>CHICAGO, IL 60601-4277<br>MS. KIM R. WALBERG | | |

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 60036 | 3/10/2006 | 1154 |

| TOTAL | $242.30 |
|-------|---------|

| CAUSE |
|-------|

**GATES v. CITY**

| 04 C 2155 | LUSTER NELSON, JR. | 08/25/2006 |
|-----------|--------------------|-----------| 

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| CITY TRANSCRIPT COPY<br>08/25/2006  DEPOSITION | 117 | 1.75 | 204.75 |
| CITY CONDENSCRIPT | 117 | 0.15 | 17.55 |
| CITY DISKETTE (ASCII / E-TRAN) | 1 | 20.00 | 20.00 |
| BARBARA SMITH, CSR | | | |

*24398-09*

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| | INVOICE # | PAYABLE UPON RECEIPT | Total | $242.30 |
|---|-----------|----------------------|-------|---------|
| | 60036 | | | |

E-mail  ubainc@earthlink.net        Web Site  www.urlaubbowenandassociates.com

*106693*

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
120 NORTH LaSALLE ST., SUITE 1500  CHICAGO, ILLINOIS  60602-2491
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

# Invoice

| FIRM |
| --- |
| SHEFESKY & FROELICH, LTD.<br>111 E WACKER DR STE 2800<br>CHICAGO, IL 60601-4277<br>MS. KIM R. WALBERG |

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 60035 | 3/10/2006 | 1154 |

| TOTAL | $251.80 |
| --- | --- |

## CAUSE

**GATES v. CITY OF CHICAGO**

| 04 C 2155 | ELTON GATES | 06/08/2005 |
| --- | --- | --- |

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| CITY TRANSCRIPT COPY | 122 | 1.75 | 213.50 |
| 06/08/2006  DEPOSITION | | | |
| CITY CONDENSCRIPT | 122 | 0.15 | 18.30 |
| CITY DISKETTE (ASCII / E-TRAN) | 1 | 20.00 | 20.00 |
| *24398-09* | | | |
| JACQUELINE PIETRZYK, CSR | | | |

**225 ILCS 415/28** "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| | INVOICE # | PAYABLE UPON RECEIPT | Total | $251.80 |
| --- | --- | --- | --- | --- |
| | 60035 | | | BRW |

E-mail  ubainc@earthlink.net    Web Site  www.urlaubbowenandassociates.com    AMEX  VISA  MasterCard

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 130304 | 03/21/2006 | 01-11635 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/09/2004 | GISOLI | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. City of Chicago |

| TERMS |
|---|
| Due upon receipt |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:                                          194.70
   Brian Towey                      59 Pages
           Condensed & Word Index                                 25.00
           ASCII Disk                                             20.00
           Courier                                                10.00
                                                                 -------
                                    TOTAL  DUE  >>>>             249.70


   Date Ordered:  3/7/06
   Delivered on 3/21/06
```

24398-09

TAX ID NO. :  36-3811129                              (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
2800
Chicago, IL 60601

```
Invoice No. :  130304
Date        :  03/21/2006
TOTAL DUE   :      249.70



Job No.  :  01-11635
Case No. :  04 C 2155
Gates vs. City of Chicago
```

K.R.W.

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.



## JENSEN REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, Suite 510 • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 130876 | 04/10/2006 | 01-11635 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/09/2004 | GISOLI | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. City of Chicago | | |
| **TERMS** | | |
| Due upon receipt | | |

Dan Henderson
Shefsky & Froelich, Ltd.
111 East Wacker Drive
2800
Chicago, IL 60601

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Paul Galiardo                      69 Pages              151.80
    ASCII Disk                                              20.00
    Condensed & Word Index                                  25.00
    Exhibits                        39.00 Pages             15.60
    Courier                                                 10.00
                                                          _____
                            TOTAL  DUE  >>>>               222.40
```

Date Ordered: 3-28-06
Delivered on: 4-6-06

*102110*

*624328 -00009*

TAX ID NO. :  36-3811129                                    (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Dan Henderson
Shefsky & Froelich, Ltd.
111 East Wacker Drive
2800
Chicago, IL 60601

Invoice No. :  130876
Date       :  04/10/2006
**TOTAL DUE** :   222.40   *KRW.*

Job No.  :  01-11635
Case No. :  04 C 2155
Gates vs. City of Chicago

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 131885 | 05/09/2006 | 01-24976 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/02/2006 | CICECH | 04 C 2155 |

| CASE CAPTION | | |
|---|---|---|
| Gates vs. Towey | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

*102110*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:                    84 Pages                    388.08
  Randy James Pikowski                                                  10.00
         Courier

                                    TOTAL   DUE  >>>>              398.08

5-Day Delivery
Delivered on 5/9/06        OK
                           ATS
                        24398-0009
```

TAX ID NO. : 36-3811129                            (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
2800
Chicago, IL 60601

```
Invoice No.:  131885
Date      :   05/09/2006
TOTAL DUE :      398.08


Job No.   :  01-24976
Case No.  :  04 C 2155
Gates vs. Towey
```

Remit To:    **Jensen Reporting**
             **205 West Randolph Street**
             **5th Floor**
             **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax  (312) 236-6968

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132166 | 05/17/2006 | 01-24976 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 05/02/2006 | CICECH | 04 C 2155 |
| CASE CAPTION | | |
| Gates vs. Towey | | |
| TERMS | | |
| Due upon receipt | | |

*102/10*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

DEPOSITION OF:
  Randy James Pikowski
    ASCII Disk                                    20.00
    Courier                                       10.00
                                        ─────────
                    TOTAL   DUE  >>>>        30.00

Date Ordered:  5-12-06
Delivered on:  5-12-06

*OL*
*ATS 24398-09*

TAX ID NO.: 36-3811129                        (312) 836-4052   Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.: 132166
Date       : 05/17/2006
**TOTAL DUE** :      30.00

Job No.    : 01-24976
Case No.   : 04 C 2155
Gates vs. Towey

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client.  Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.



JENSEN REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, Suite 510 • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132147 | 05/18/2006 | 01-25086 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/11/2006 | BARFTE | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. Towey | | |
| **TERMS** | | |
| Due upon receipt | | |

*(handwritten: 102110)*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:
    Catherine Kolb                    64 Pages              346.24
        ASCII Disk                                           20.00
        Courier                                              10.00

                            TOTAL DUE  >>>>                  376.24
```

**2-Day Delivery**
Date Ordered:  5/15/06
Delivered on 5/17/06

*(handwritten: ok ATS 24398-09)*

TAX ID NO.:  36-3811129                          (312) 836-4052     Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
Invoice No.: 132147
Date       : 05/18/2006
TOTAL DUE  :    376.24


Job No.    : 01-25086
Case No.   : 04 C 2155
Gates vs. Towey
```

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132459 | 05/25/2006 | 01-25088 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/19/2006 | HINCJE | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. Towey |

| TERMS |
|---|
| Due upon receipt |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:
  Gary Denton                    49 Pages              226.38
    ASCII Disk                                          20.00
    Condensed & Word Index                              25.00
    Courier                                             10.00
                                                       _____
                          TOTAL DUE  >>>>              281.38

5-Day Delivery
Delivered on 5/24/06
```

24398-09

KRW.

TAX ID NO.: 36-3811129                          (312) 836-4052   Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.:  132459
Date      :  05/25/2006
**TOTAL DUE :      281.38**

Job No.   :  01-25088
Case No.  :  04 C 2155
Gates vs. Towey

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936  Fax (312) 236-6968

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| SHEFCH01 | 06/28/2006 |

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 773.06 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 773.06 |

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 05/09/2006 | 131885 | 398.08 | 05/02/2006 | Randy James Pikowski | Gates vs. Towey ~Paid |
| 05/23/2006 | 132349 | 374.98 | 05/18/2006 | Victor E. Mitkal | Gates vs. Towey |

*102110*

*1310 (210)*

*GL AB*
*24398-09*

**TAX ID NO. :**  36-3811129

*Please detach bottom portion and return with payment.*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Account No.:  SHEFCH01
Date      :  06/28/2006

**TOTAL DUE** :  ~~773.06~~

*374.98*

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering this transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client.  Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

*102110*

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132453 | 05/25/2006 | 01-25521 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/18/2006 | GARDRA | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. Towey | | |
| **TERMS** | | |
| Due upon receipt | | |

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

DEPOSITION OF:
    Victor E. Mitkal
            ASCII Disk                                              20.00

                                    TOTAL DUE  >>>>         20.00

Date Ordered:  5/23/06

*OK
ATS
24398 -0009*

TAX ID NO. :  36-3811129                    (312) 836-4u52    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.:  132453
Date      :  05/25/2006
**TOTAL DUE :**       **20.00**


Job No.   :  01-25521
Case No.  :  04 C 2155
Gates vs. Towey

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client.  Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

*102110*

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132887 | 06/07/2006 | 01-25131 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/24/2006 | FARBSH | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. Towey | | |
| **TERMS** | | |
| Due upon receipt | | |

Suzanne L. Sias
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:
    Ziad Hamideh              36 Pages            118.80
        ASCII Disk                                 20.00
        Courier                                    10.00
                                                 --------
                          TOTAL  DUE  >>>>        148.80
```

TAX ID NO. : 36-3811129                    (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Suzanne L. Sias
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
Invoice No.:  132887
Date       :  06/07/2006
TOTAL DUE  :    148.80
```

*SCS*
*24398-9*

```
Job No.   :  01-25131
Case No.  :  04 C 2155
Gates vs. Towey
```

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

*102110*

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132923 | 06/08/2006 | 01-25131 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/24/2006 | FARBSH | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. Towey | | |
| **TERMS** | | |
| Due upon receipt | | |

Suzanne L. Sias
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
DEPOSITION OF:
   Ziad Hamideh
         Condensed & Word Index                          25.00
                                    TOTAL  DUE  >>>>      25.00

Date Ordered:  6/7/06
```

TAX ID NO.: 36-3811129                     (312) 836-4052   Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Suzanne L. Sias
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.: 132923
Date       : 06/08/2006
**TOTAL DUE** : 25.00

CR
SLS
024398-9

Job No.  : 01-25131
Case No. : 04 C 2155
Gates vs. Towey

Remit To:  **Jensen Reporting**
           **205 West Randolph Street**
           **5th Floor**
           **Chicago, IL 60606**

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

*102110*

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132780 | 06/05/2006 | 01-25130 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/22/2006 | WARNJE | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. Towey |

| TERMS |
|---|
| Due upon receipt |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:
    Lieutenant Eric Carter            50 Pages          165.00
        EXHIBITS                       5 Pages            1.25
        Condensed & Word Index                           25.00
        ASCII Disk                                       20.00

ORIGINAL TRANSCRIPT OF:
    Officer John Curry                44 Pages          145.20
        Condensed & Word Index                           25.00
        ASCII Disk                                       20.00

ORIGINAL TRANSCRIPT OF:
    Officer Timothy Saldana           37 Pages          122.10
        Condensed & Word Index                           25.00
        ASCII Disk                                       20.00
        Courier                                          10.00
```

24398-09                    TOTAL   DUE  >>>>         578.55

KRW.

TAX ID NO. :  36-3811129                    (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
Invoice No.:  132780
Date       :  06/05/2006
TOTAL DUE  :     578.55


Job No.    :  01-25130
Case No.   :  04 C 2155
Gates vs. Towey
```

Remit To:     **Jensen Reporting**
              **205 West Randolph Street**
              **5th Floor**
              **Chicago, IL 60606**



JENSEN REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, Suite 510 • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax (312) 236-6968
www.jensenreporting.com

*102110*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133022 | 06/12/2006 | 01-25732 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/25/2006 | VRAVJE | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. Towey |

| TERMS |
|---|
| Due upon receipt |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
| Herbert Betancourt | 32 Pages | 105.60 |
| Condensed & Word Index | | 25.00 |
| ASCII Disk | | 20.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| Harry Matheos | 36 Pages | 118.80 |
| Condensed & Word Index | | 25.00 |
| ASCII Disk | | 20.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| Michael Reyes | 30 Pages | 99.00 |
| Condensed & Word Index | | 25.00 |
| ASCII Disk | | 20.00 |
| Exhibit Handling | | 10.00 |
| Courier | | 10.00 |
| | TOTAL DUE >>>> | 478.40 |

*24398-09*

TAX ID NO.: 36-3811129                     (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.: 133022
Date       : 06/12/2006
**TOTAL DUE** :       478.40

*KRW*

Job No.  : 01-25732
Case No. : 04 C 2155
Gates vs. Towey

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936  Fax (312) 236-6968

*102110*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133062 | 06/13/2006 | 01-25133 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/05/2006 | RIVELI | 04 C 2155 |

| CASE CAPTION | | |
|---|---|---|
| Gates vs. Towey | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

ORIGINAL TRANSCRIPT OF:
    Captain Thomas J. Lemmer          80 Pages                369.60
        ASCII Disk                                             20.00
        Condensed & Word Index                                 25.00
        Courier                                                10.00
                                                          _____
                                  TOTAL  DUE  >>>>            424.60

5-Day Delivery
Delivered on 6/13/06

2438-
09

OK
AS

TAX ID NO. :  36-3811129                    (312) 836-4052   Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.:  133062
Date       :  06/13/2006
**TOTAL DUE  :     424.60**


Job No.   :  01-25133
Case No.  :  04 C 2155
Gates vs. Towey

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**



_To: Kelvin Brown_

### JENSEN REPORTING

_Whenever you need it. Whatever it takes._
205 West Randolph Street, Suite 510 • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132245 | 05/22/2006 | 01-25000 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/05/2006 | KOCIKI | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. Towey | | |
| **TERMS** | | |
| Due upon receipt | | |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:
   James Echols                    68 Pages              224.40
        Courier                                           10.00
                                                        _____
                              TOTAL DUE  >>>>            234.40

Delivered on:  5-19-06
```

_24398-09_

TAX ID NO. : 36-3811129

(312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.: 132245
Date       : 05/22/2006
**TOTAL DUE** : 234.40

_K.R.W._

Job No.  : 01-25000
Case No. : 04 C 2155
Gates vs. Towey

Remit To: **Jensen Reporting**
**205 West Randolph Street**
**5th Floor**
**Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

*102110*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 132972 | 06/08/2006 | 01-25000 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/05/2006 | KOCIKI | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. Towey |

| TERMS |
|---|
| Due upon receipt |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
DEPOSITION OF:
    James Echols                                        20.00
          ASCII Disk                                    10.00
          Courier

                        TOTAL   DUE   >>>>               30.00
```

*KRW*

*24398-09*

TAX ID NO. : 36-3811129                    (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
Invoice No.:  132972
Date       :  06/08/2006
TOTAL  DUE  :       30.00


Job No.    :  01-25000
Case No.   :  04 C 2155
Gates vs. Towey
```

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

*102110*

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133200 | 06/15/2006 | 01-25132 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/30/2006 | LUCICA | 04 C 2155 |

| CASE CAPTION | | |
|---|---|---|

Gates vs. Towey

| TERMS | | |
|---|---|---|

Due upon receipt

Suzanne L. Sias
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:
   James Vasavid             51 Pages              168.30
        ASCII Disk                                  20.00
        Condensed & Word Index                      25.00
        Courier                                     10.00

                          TOTAL   DUE  >>>>        223.30
```

TAX ID NO. : 36-3811129                    (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Suzanne L. Sias
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
Invoice No.: 133200            OK to
Date      : 06/15/2006         Pay
TOTAL DUE :   223.30           24-298-9
                               SLS

Job No.   : 01-25132
Case No.  : 04 C 2155
Gates vs. Towey
```

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**


JENSEN ▤ REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, Suite 510 • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

*102110*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133279 | 06/19/2006 | 01-26186 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/12/2006 | SCHUCR | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. Towey |

| TERMS |
|---|
| Due upon receipt |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

*1210 (210)*

```
ORIGINAL TRANSCRIPT OF:
     Thomas Masterson                    32 Pages          147.84
          ASCII Disk                                        20.00
          Condensed & Word Index                            25.00
          Courier                                           10.00

                              TOTAL DUE  >>>>              202.84


**5-Day Delivery**
Delivered on:  6-19-06
```

*K.K.W.*

*24398-09*

TAX ID NO. : 36-3811129                              (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.:  133279
Date       :  06/19/2006
**TOTAL DUE :    202.84**

Job No.  :  01-26186
Case No. :  04 C 2155
Gates vs. Towey

Remit To:  **Jensen Reporting**
           **205 West Randolph Street**
           **5th Floor**
           **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.



*Whenever you need it. Whatever it takes.*

205 West Randolph Street, Suite 510 • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133538 | 06/26/2006 | 01-26251 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/13/2006 | GISOLI | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. Towey | | |
| **TERMS** | | |
| Due upon receipt | | |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

*102110*

ORIGINAL TRANSCRIPT OF:
  Brian Kinnane          31 Pages       110.36
      ASCII Disk                20.00
      Condensed & Word Index     25.00
      Courier                   10.00

                    TOTAL DUE >>>>    165.36

**9-Day Delivery**
Delivered on: 6-26-06

*1310 (210)*

*K.RW*
*D24398-00*

TAX ID NO.: 36-3811129                   (312) 836-4052     Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.: 133538
Date    : 06/26/2006
**TOTAL DUE** :   **165.36**

Job No.  : 01-26251
Case No. : 04 C 2155
Gates vs. Towey

Remit To:   **Jensen Reporting**
          **205 West Randolph Street**
          **5th Floor**
          **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936    Fax (312) 236-6968

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133621 | 06/29/2006 | 01-26252 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/21/2006 | WARNJE | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. Towey |

| TERMS |
|---|
| Due upon receipt |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:                    28 Pages         129.36
    Frank M. Sarabia                                         20.00
        ASCII Disk                                           25.00
        Condensed & Word Index                               10.00
        Courier

                               TOTAL DUE  >>>>              184.36
```

102110

1310 (210)

K.R.W.

024398-09

TAX ID NO. : 36-3811129                    (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
Invoice No.:  133621
Date      :  06/29/2006
TOTAL DUE :     184.36


Job No.   :  01-26252
Case No.  :  04 C 2155
Gates vs. Towey
```

Remit To:    **Jensen Reporting**
             **205 West Randolph Street**
             **5th Floor**
             **Chicago, IL 60606**

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax  (312) 236-6968

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133715 | 06/29/2006 | 01-26471 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/22/2006 | BARFTE | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. Towey |

| TERMS |
|---|
| Due upon receipt |

Dan Henderson
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

*102110*

```
ORIGINAL TRANSCRIPT OF:
   Cont'd:  Randy J. Pikowski        38 Pages              175.56
            Condensed & Word Index                          25.00
            ASCII Disk                                       20.00
            Courier                                          10.00


                                    TOTAL  DUE  >>>>        230.56

5-Day Delivery
```

*oh ATS*  *Bill 24388-0009*

TAX ID NO. :  36-3811129                          (312) 836-4052    Fax  (312) 275-7617

*Please detach bottom portion and return with payment.*

Dan Henderson
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
Invoice No.:  133715
Date       :  06/29/2006
TOTAL DUE  :     230.56


Job No.   :  01-26471
Case No.  :  04 C 2155
Gates vs. Towey
```

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax (312) 236-6968

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133948 | 07/11/2006 | 01-26494 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/28/2006 | VALLSH | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. Towery | | |
| **TERMS** | | |
| Due upon receipt | | |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

*l02110*

```
ORIGINAL TRANSCRIPT OF:
    Andrew Matos                          27 Pages              89.10
        ASCII Disk                                              20.00
        Condensed & Word Index                                 25.00

ORIGINAL TRANSCRIPT OF:
    Brian Callaghan                       20 Pages              66.00
        ASCII Disk                                              20.00
        Condensed & Word Index                                 25.00

ORIGINAL TRANSCRIPT OF:
    Lanell Aubert                         23 Pages              75.90
        ASCII Disk                                              20.00
        Condensed & Word Index                                 25.00
        Courier                                                 10.00


                              TOTAL  DUE  >>>>               376.00


Delivered on 7/10/06
```

*KRW*
*21308-09*

TAX ID NO.: 36-3811129                        (312) 836-4052   Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.: 133948
Date       : 07/11/2006
**TOTAL DUE** :    376.00

Job No.  : 01-26494
Case No. : 04 C 2155
Gates vs. Towery

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

Jensen Reporting
205 West Randolph Street
5th Floor
Chicago, IL 60606
(312) 236-6936   Fax  (312) 236-6968

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133897 | 07/11/2006 | 01-26253 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/27/2006 | BOTTKA | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. Towery | | |
| **TERMS** | | |
| Due upon receipt | | |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

*102110*

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
| John Keane | 32 Pages | 147.84 |
| ASCII Disk | | 20.00 |
| Condensed & Word Index | | 25.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| William Keating | 31 Pages | 143.22 |
| ASCII Disk | | 20.00 |
| Condensed & Word Index | | 25.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| Luis Carrizal | 38 Pages | 175.56 |
| ASCII Disk | | 20.00 |
| Condensed & Word Index | | 25.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| Scott Slechter | 34 Pages | 157.08 |
| ASCII Disk | | 20.00 |
| Condensed & Word Index | | 25.00 |
| Exhibit Handling | | 10.00 |
| Courier | | 10.00 |
| | **TOTAL   DUE  >>>>** | 823.70 |

5-Day Delivery

TAX ID NO. : 36-3811129                    (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.:  133897
Date       :  07/11/2006
**TOTAL DUE** :     823.70

*KRW*
*24398*

Job No.    :  01-26253
Case No.   :  04 C 2155
Gates vs. Towery

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

*102110*

## JENSEN REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, Suite 510 • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 134121 | 07/17/2006 | 01-26495 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/29/2006 | COXJAN | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. Towery |

| TERMS |
|---|
| Due upon receipt |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

```
ORIGINAL TRANSCRIPT OF:
   William Labern              25 Pages              82.50
      ASCII Disk                                     20.00
      Condensed & Word Index                         25.00
      Courier                                        10.00
                                                   _____
                              TOTAL  DUE  >>>>       137.50
```

TAX ID NO. : 36-3811129                    (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.: 134121
Date     :  07/17/2006
**TOTAL DUE** :   137.50

Job No.  :  01-26495
Case No. :  04 C 2155
Gates vs. Towery

*KRW*
*021398-09*

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay the invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

JENSEN  REPORTING

*Whenever you need it. Whatever it takes.*
205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142534 | 03/07/2007 | 01-33373 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/28/2007 | GARDRA | 04 C 2155 |

| CASE CAPTION |
|---|
| Gates vs. Towey |

| TERMS |
|---|
| Due upon receipt |

*[handwritten: 3-9-07 24398-9 OK to pay SGS]*

Suzanne L. Sias
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

---

ORIGINAL TRANSCRIPT OF:
   Catherine Kolb         82 Pages         378.84
       ASCII Disk                     20.00
       Condensed & Word Index      25.00
       Courier                       10.00

                             TOTAL DUE >>>>      433.84

Delivered on 3/7/07

*[handwritten: 102110]*

---

TAX ID NO.: 36-3811129                (312) 836-4052     Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

---

Suzanne L. Sias
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No.:  142534
Date       :  03/07/2007
**TOTAL DUE**   :     **433.84**

Job No.     :  01-33373
Case No.    :  04 C 2155
Gates vs. Towey

Remit To:    **Jensen Reporting**
          **205 West Randolph Street**
          **5th Floor**
          **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her firm receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.



JENSEN REPORTING

*Whenever you need it. Whatever it takes.*
205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

*102110*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142533 | 03/07/2007 | 01-33373 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/28/2007 | GARDRA | 04 C 2155 |
| **CASE CAPTION** | | |
| Gates vs. Towey | | |
| **TERMS** | | |
| Due upon receipt | | |

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
| Doris Perez | 79 Pages | 364.98 |
| ASCII Disk | | 20.00 |
| Condensed & Word Index | | 25.00 |
| | TOTAL DUE >>>> | 409.98 |

TAX ID NO. : 36-3811129        (312) 836-4052    Fax (312) 275-7617

*Please detach bottom portion and return with payment.*

Kim Walberg
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Invoice No. : 142533
Date        : 03/07/2007
**TOTAL DUE** :    409.98

Job No.  : 01-33373
Case No. : 04 C 2155
Gates vs. Towey

*K.R.W.*
*3/9/07*
*24398-9*

Remit To:   **Jensen Reporting**
            **205 West Randolph Street**
            **5th Floor**
            **Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144145 | 4/23/2007 | 34478 |
| **Job Date** | **Case No.** | |
| 4/6/2007 | 04 C 2155 | |
| **Case Name** | | |
| Gates vs. Towey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

JENSEN REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

10 2110

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Philip Cline | 44.00 Pages | 99.00 |
| ASCII Disk | | 20.00 |
| Condensed & Word Index | | 25.00 |
| Courier | | 10.00 |
| | **TOTAL DUE >>>** | **$154.00** |

Delivered on 4-19-07

OK ATS
24398-09

Phone: 312-836-4052   Fax:312-275-7617

**Tax ID:** 36-3811129

*Please detach bottom portion and return with payment.*

Allan T. Slagel
Shefsky & Froelich, Ltd.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

| | | |
|---|---|---|
| Invoice No. | : | 144145 |
| Invoice Date | : | 4/23/2007 |
| **Total Due** | : | **$ 154.00** |

| | | |
|---|---|---|
| Job No. | : | 34478 |
| BU ID | : | 1-MAIN |
| Case No. | : | 04 C 2155 |
| Case Name | : | Gates vs. Towey |

Remit To: **Jensen Reporting**
**205 West Randolph Street**
**5th Floor**
**Chicago, IL 60606**

By ordering this transcript, the law firm and/or attorney ordering the transcript acknowledges that (i) it, he or she is responsible for the payment of this invoice, and (ii) payment of this transcript is not contingent on it, him or her first receiving payment from its, his or her client. Instead, it is the responsibility of the law firm and/or attorney to promptly pay this invoice to Jensen Reporting and undertake the appropriate efforts on its, his or her part to be reimbursed for this transcript, if applicable, from its, his or her client.