# Exhibit C

Invoices Re: Discovery



**Document Technologies, Inc.**
105 W. Adams St.
Suite 1100
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 253885

Invoice Date: 05/19/06

Bill To:
Shefsky & Froelich, Ltd.
111 E. Wacker Dr.
Suite 2800
Chicago, IL 60601
Dan Henderson

105858

Ship To:
Shefsky & Froelich, Ltd.
111 E. Wacker Dr.
Suite 2800
Chicago, IL 60601

024398-0002

| | |
|---|---|
| Customer ID | 12783 |
| Terms | Net 15 Days |
| SalesPerson | CHI TGD |
| P.O. Number | |

| | |
|---|---|
| Client / Matter No. | CPD |
| Job No. | IM 05-2122 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Volume: VOL002 | | |
| 5,566 | Scanning D work - Heavy Lit | 0.13 | 723.58 |
| 1 | IMG - CD Mastering | 25.00 | 25.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 748.58 |
| Total Sales Tax: | 0.00 |
| Total: | 748.58 |

KRW

Accepted By: _____

**Remit To:** Document Technologies Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 W. Adams St.
Suite 1100
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE
Invoice Number: 249583

Invoice Date: 04/28/06

105858

Bill To:
Shefsky & Froelich, Ltd.
111 E. Wacker Dr.
Suite 2800
Chicago, IL 60601
Dan Henderson

Ship To:
Shefsky & Froelich, Ltd.
111 E. Wacker Dr.
Suite 2800
Chicago, IL 60601

| | |
|---|---|
| Customer ID | 12783 |
| Terms | Net 15 Days |
| SalesPerson | CHI TGD |
| P.O. Number | |

| | |
|---|---|
| Client / Matter No. | 024398-00009 |
| Job No. | IM 04-1699 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 438 | Scanning D work - Heavy Lit | 0.13 | 56.94 |
| 438 | IMG - PDF File Conversion | 0.02 | 8.76 |
| 2 | IMG - CD Mastering | 25.00 | 50.00 |
| 438 | IMG - Branding | 0.01 | 4.38 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 120.08 |
| Total Sales Tax: | 0.00 |
| Total: | 120.08 |

Accepted By: _____

**Remit To:** Document Technologies Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 W. Adams St.
Suite 1100
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 253884

Invoice Date: 05/19/06

105858

| Bill To: | Ship To: |
|---|---|
| Shefsky & Froelich, Ltd. | Shefsky & Froelich, Ltd. |
| 111 E. Wacker Dr. | 111 E. Wacker Dr. |
| Suite 2800 | Suite 2800 |
| Chicago, IL 60601 | Chicago, IL 60601 |
| Dan Henderson | |

| | | | |
|---|---|---|---|
| Customer ID | 12783 | Client / Matter No. | 024398-00009/CPD |
| Terms | Net 15 Days | Job No. | IM 05-2147 |
| SalesPerson | CHI TGD | Nat'l Acct Name | |
| P.O. Number | | Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Volume: CPD002 | | |
| 528 | Scanning C work - Med. Lit | 0.13 | 68.64 |
| 1 | IMG - CD Mastering | 25.00 | 25.00 |
| 528 | IMG - Branding | 0.01 | 5.28 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 98.92 |
| Total Sales Tax: | 0.00 |
| Total: | 98.92 |

K.RW

Accepted By: _____

**Remit To:** Document Technologies Chicago
PO Box 933435
Atlanta, GA 31193-3435



**Document Technologies, Inc.**
105 W. Adams St.
Suite 1100
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 256029

Invoice Date: 05/31/06

105858

| Bill To: | Ship To: |
|---|---|
| Shefsky & Froelich, Ltd. | Shefsky & Froelich, Ltd. |
| 111 E. Wacker Dr. | 111 E. Wacker Dr. |
| Suite 2800 | Suite 2800 |
| Chicago, IL 60601 | Chicago, IL 60601 |
| Dan Henderson | |

| Customer ID | 12783 | Client / Matter No. | 024398-00009 |
|---|---|---|---|
| Terms | Net 15 Days | Job No. | IM 05-2235 |
| SalesPerson | CHI TGD | Nat'l Acct Name | |
| P.O. Number | | Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Volume: CPD009 | | |
| 2,420 | Scanning C work - Med. Lit | 0.13 | 314.60 |
| 1 | IMG - CD Mastering | 25.00 | 25.00 |

ok
ATS
24398-09

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 339.60 |
| Total Sales Tax: | 0.00 |
| Total: | 339.60 |

Accepted By: _____

**Remit To:** Document Technologies Chicago
PO Box 933435
Atlanta, GA 31193-3435



**DIGITAL LEGAL**

Great verdicts begin
with great discovery.

65 East Wacker Place
Suite 1220
Chicago, IL 60601
312-372-2310

# Invoice

| Date | Invoice # |
|---|---|
| 2/22/2007 | 10664 |

Tax I.D. #02-0619240

| Bill To |
|---|
| Shefsky & Froelich, LTD<br>111 East Wacker Dr.<br>Suite 2800<br>Chicago, IL. 60601 |

*24398-9*
*ok to pay SCS*

*107150*

| Matter #/Matter Name | Terms | Type | Acct Exec | Project Date | Ordered By | DLS Job # |
|---|---|---|---|---|---|---|
| 024398-00009 | Net due in 15 days | | DG | 2/22/2007 | D. Henderson | 0207-0253 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | Project Name: Gates - Documents picked up from Chicago Police Dept - Assets & Forferture Unit<br>CD Volumes: CPD019-CPD022 | | |
| 10,847 | Document Imaging | 0.14 | 1,518.58 |
| 10,847 | OCR | 0.03 | 325.41 |
| 18 | Capture Folder Titles | 0.50 | 9.00 |
| 0.25 | Data Management | 125.00 | 31.25 |
| 4 | CD Master | 25.00 | 100.00 |

**Electronic Data Discovery
professionally extracted, processed,
and available for review - fast!**

Digital Legal appreciates your business!
Digital Legal customers are responsible for payment within our terms.
A finance charge of 1.5% monthly on accounts past 30 days.

| **Total** | $1,984.24 |
|---|---|
| **Balance Due** | $1,984.24 |